**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **In re** | ) |
| | ) |
| **John A Ploski,** | ) |
| | ) Chapter 13 |
| | ) |
| | ) Honorable Janet S. Baer |
| **Debtor(s).** | ) |
| | ) **11-08655** |

AMENDED RULE 3002.1(g) STATEMENT
IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT

NOW COMES creditor Eastern Savings Bank, fsb, by and through its attorneys Klein, Daday, Aretos & O'Donoghue, LLC, and pursuant to F.R.B.P. 3002.1(g) hereby supplements its Proof of Claim No. 4-1, and in response to the Trustee's Notice of Final Cure Payment, states as follows:

1. Eastern Savings Bank, fsb disagrees that the debtor(s) has paid in full the amount required to cure the default on the claim.

2. Eastern Savings Bank, fsb disagrees that the debtor(s) is otherwise current on all payments consistent with § 1322(b)(5) of the Code.

3. That debtor(s) has incurred in accordance with debtor(s)' underlying agreement with Eastern Savings Bank, fsb, postpetition legal fees and costs which remain unpaid as of the date of this statement, in the total amount of $3,190.51, as set forth in the creditor's B10S2 Notices; filed as supplements to Claim No. 4-1 in accordance with F.R.B.P. 3002.1(c).

Dated: 11/18/2014

                                      Respectfully submitted,

                                      Eastern Savings Bank, fsb
                                      By One of Its Attorneys:
                                      /s/ Jonathan N. Rogers
                                      Jonathan N. Rogers

Jonathan N. Rogers
Klein, Daday, Aretos & O'Donoghue, LLC
2550 W. Golf Rd.
Rolling Meadows, IL 60008
(847) 590-8700
6243761